**EPPS v. NATIONWIDE MUTUAL INS. CO.**

[341 N.C. 197 (1995)]

CHARLES E. EPPS v. NATIONWIDE MUTUAL INSURANCE COMPANY; ATLANTIC CASUALTY INSURANCE COMPANY and INTEGON INSURANCE COMPANY

No. 584A94

(Filed 28 July 1995)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals in an unpublished opinion, 117 N.C. App. 139, 450 S.E.2d 358 (1994), reversing and remanding the order of the trial court entered by Cashwell, J., on 29 September 1993 in Superior Court, Harnett County, granting defendants' motions for summary judgment. Heard in the Supreme Court 20 June 1995.

*Bryan, Jones, Johnson & Snow, by Cecil B. Jones, for plaintiff-appellee.*

*Law Office of Robert E. Ruegger, by Robert E. Ruegger, for defendant-appellant Integon Insurance Company; Law Offices of Walter L. Horton, Jr., by Walter L. Horton, Jr., and Donna McLamb Lynch, for defendant-appellant Atlantic Casualty Insurance Company;* and *Anderson, Broadfoot, Johnson, Pittman, Lawrence and Butler, by Lee B. Johnson, for defendant-appellant Nationwide Mutual Insurance Company.*

PER CURIAM.

AFFIRMED.